UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
LEONEL CASTANEDA LORENZO, *individually and
on behalf of others similarly situated,*

                               *Plaintiff,*

         -against-

PLJ REST. CORP. (D/B/A NICK'S PIZZA )
and DIMITRIOS LEVANTIS,
                         *Defendants,*
-------------------------------------------------------------X

Civil Action No. 1:25-cv-04885

**OFFER OF JUDGMENT**

## JUDGMENT

On January 5, 2026, Plaintiffs filed a notice of acceptance of offer of judgment pursuant to

Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That Plaintiff Leonel Castaneda Lorenzo has judgment against Defendants PLJ Rest. Corp.

(d/b/a Nick's Pizza) and Dimitrios Levantis, jointly and severally, in the amount of Thirty-Six

Thousand Dollars and Zero Cents ($36,000.00), which is inclusive of attorneys' fees and costs.

Dated: _____January 7_____, 2026

SO ORDERED:

*[signature]*

HON. VERNON S. BRODERICK
UNITED STATES DISTRICT JUDGE